■ On appeal the presumption obtains that the conviction was regular and that the offense charged was found to have been committed within the time prescribed by law authorizing the penalty assessed unless the contrary is made to appear. 4 Tex.Jur. 534, Sec. 379; 4 Tex.Jur. 554, Sec. 390.

The judgment of the trial court is affirmed.

Opinion approved by the Court.

WOODLEY, Judge.

This is a conviction upon a plea of guilty to the offense of driving while intoxicated, a fine of $100 having been assessed.

There are no bills of exception and if evidence was heard it is not brought before us in a statement of facts.

The presumption prevails that the offense was committed at a time when the punishment assessed was applicable. See Scates v. State, Tex.Cr.App., 274 S.W.2d 833.

The judgment is affirmed.